# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO NATHANIEL SPEED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JENNINGS CITY JAIL, )<br>)<br>Defendant. ) | No. 4:13-CV-1749 CAS |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. The complaint is defective because it has not been drafted on a Court-provided form. See E.D. Mo. Local Rule 2.06(A). Moreover, plaintiff has not submitted a prison account statement. See 28 U.S.C. § 1915(a). If plaintiff wishes to continue this action, he will be required to pay the $350 filing fee in installments. Id. In amending his complaint, plaintiff should specify who is responsible for the alleged deprivations of his rights, and he should state whether he is suing the defendants in their individual or official capacities, or both.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within thirty (30) days of the date of this Order. Plaintiff is advised that his amended complaint will completely take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff must submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply timely and fully with this Order, the Court will dismiss this action without prejudice. If the case is dismissed for non-compliance with this Order, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  6th  day of September, 2013.